# UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

# Minute Entry

## *Hearing Information:*

|  |  |
|---|---|
| **Debtor:** | RONALD W. & DIANE M. OSTLUND |
| **Case Number:** | 2:10-BK-04091-RTB  **Chapter:** 13 |
| **Date / Time / Room:** | WEDNESDAY, JULY 14, 2010 02:30 PM  7TH FLOOR #703 |
| **Bankruptcy Judge:** | REDFIELD T. BAUM |
| **Courtroom Clerk:** | ELIZABETH IRISH |
| **Reporter / ECR:** | JUANITA PIERSON-WILLIAMS |

## *Matter:*

PRELIMINARY HEARING ON MOTION FOR RELIEF FROM STAY FILED BY PARKWAY BANK & TRUST CO.

**R / M #:** 18 / 0

## *Appearances:*

GEOFFREY M. KHOTIM, ATTORNEY FOR DIANE M. OSTLUND, RONALD W. OSTLUND
DARREL DORSEY, ATTORNEY FOR PARKWAY BANK & TRUST CO.

## *Proceedings:*

Mr. Dorsey reviews the motion and payments.

Mr. Khotim provides a case background and indicates payments have been sent.

Mr. Dorsey states there is a valuation issue.

COURT: IT IS ORDERED...setting a pretrial conference for 09-21-201 at 09:00 AM. Pretrial statement on the motion for relief from stay is due on 09-04-2010.